THIRD REVISED NOTICE OF HEARING

---

# UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

United States of America

v. Case No. 2:25-cr-23-1

Jamal Curtis

TAKE NOTICE that the above-entitled case has been rescheduled at 01:30 p.m. on Tuesday, November 17, 2026 in Burlington, Vermont, before the Honorable Christina Reiss, Chief District Judge, for a Sentencing.

Location: Courtroom 510
*RESCHEDULED FROM 8/20/2026 at 10:00 a.m.*

JEFFREY S. EATON, Clerk
By: /s/ Lescha M. Wilder
Deputy Clerk
8/19/2026

TO:

Wendy L. Fuller, AUSA

Richard R. Goldsborough, Esq.

Johanna Masse, Court Reporter